JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HAMPTON, | Case No. CV 16-4602-DDP (SP) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| J. CURIEL, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Second Amended Complaint and this action are dismissed without leave to amend.

Dated: April 16, 2019

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE