# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HAMPTON, | Case No. CV 16-4602-DDP (SP) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| J. CURIEL, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff's written Objections, which plaintiff has titled "Motion in Response to Report and Recommendation of United States Magistrate Judge," have not resulted in a revision to the Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge.

//
//
//
//

1  IT IS THEREFORE ORDERED that defendants' Motion to Dismiss (docket no. 37) is granted; and Judgment will be entered dismissing the Second Amended Complaint and this action without leave to amend.

Dated: April 16, 2019

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE